NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**LYNK LABS, INC.,**
*Appellant*

**v.**

**HOME DEPOT U.S.A., INC.,**
*Appellee*

_____

2023-2185

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2022-00009.

_____

**JUDGMENT**

_____

STEPHEN MCBRIDE, Carmichael Ip, Tysons, VA, argued for appellant.  Also represented by JAMES CARMICHAEL, STEPHEN TERRY SCHREINER, MINGHUI YANG.

BRIAN K. ERICKSON, DLA Piper US LLP, Austin, TX, argued for appellee.  Also represented by JENNIFER LIBRACH NALL; BENJAMIN SHAFER MUELLER, Chicago, IL; NICHOLAS G. PAPASTAVROS, Boston, MA; STANLEY JOSEPH PANIKOWSKI, III, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2025
Date

Jarrett B. Perlow
Clerk of Court